

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:       Hunter Ryan Hamilton Woods v. The State of Texas

Appellate case number:     01-16-00651-CR

Trial court case number:   1442018

Trial court:               232nd District Court of Harris County

Appellant's court-appointed counsel, filed a brief on February 13, 2017, concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Although counsel attaches a copy of a letter, dated February 13, 2017, to her *Anders* brief that appears to comply with *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014), and refers to an enclosed motion to withdraw, counsel has not, however, filed a motion to withdraw from representation with the Clerk of this Court.

If appointed counsel believes that an appeal is frivolous, counsel must request permission to withdraw. *See Anders*, 386 U.S. at 744. An *Anders* brief must accompany a motion to withdraw, neither the brief nor the motion may be filed on its own. *See id.*; *In re Schulman*, 252 S.W.3d 403, 406–08 (Tex. Crim. App. 2008).

Accordingly, we order appellant's appointed counsel, Patti Sedita, to file with the Clerk of this Court **within 10 days** of the date of this Order a motion to withdraw that complies with Texas Rules of Appellate Procedure 6.5 and 9. *See* TEX. R. APP. P. 6.5, 9; *Schulman*, 252 S.W.3d at 410, 412.


It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
                    ☒ Acting individually    ☐ Acting for the Court
Date: February 16, 2017